[642 NYS2d 839]

In the Matter of BETH DANZIG SARGEN, an Attorney, Resignor.

Fourth Department, April 19, 1996

### APPEARANCES OF COUNSEL

*Beth Danzig Sargen,* Lafayette Hill, Pennsylvania, resignor *pro se.*

### OPINION OF THE COURT

Per Curiam.

The above-named attorney was admitted to practice by this Court on September 12, 1973 and is currently in good standing. She has submitted an affidavit requesting that this Court accept her resignation from the practice of law in New York State. In her affidavit, she states that she resides in Pennsylvania, that she currently does not practice law, and that she is resigning because she no longer wishes to maintain her attorney registration in this State. There are no complaints pending against her.

We grant the application and direct that her name be removed from the roll of attorneys.

DENMAN, P. J., GREEN, PINE, BALIO and LAWTON, JJ., concur.

Resignation accepted, and name removed from roll of attorneys.